IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MANZANILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO JACQUEZ, et al.,<br><br>    Defendants. | No. C 10-3783 JSW (PR)<br><br>**ORDER VACATING DISMISSAL AND JUDGMENT** |

     Plaintiff, a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983. On November 29, 2010, the case was dismissed because Plaintiff had not paid the filing fee or filed a complete application to proceed in forma pauperis ("IFP"). At the time of the dismissal, there was no indication in the docket that the filing fee had been paid. Plaintiff had paid the filing fee on September 2, 2010, but due to an inadvertent error the Clerk did not enter payment of such fee into the docket until December 2, 2010, after the case had already been dismissed. In light of Plaintiff's payment of the filing fee, the order of dismissal and judgment entered on November 29, 2010, are VACATED. A separate order will issue in this matter after the complaint has been reviewed pursuant to 28 U.S.C. § 1915A.

     IT IS SO ORDERED.

DATED: December 8, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

RAYMOND MANZANILLO,

        Plaintiff,

  v.

FRANCISCO JAQUEZ et al,

        Defendant.

Case Number: CV10-03783 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond J. Manzanillo
PBSP
P.O. Box 7500
J91574
Crescent City, CA 95532

Dated: December 8, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk