IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MANZANILLO, | No. C 10-3783 JSW (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION;** |
| v. | **GRANTING MOTION TO FILE PROOF OF SERVICE** |
| FRANCISCO JACQUEZ, R. GRAVES, R. TUPY, J. ZUCCO, MARK POTTER, ROLF KLOTZ, | |
| | **(Docket Nos. 18, 19)** |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, filed this rights action pursuant to 42 U.S.C. § 1983 against officials of Pelican Bay State Prison, where Plaintiff is incarcerated. The Court ordered complaint served upon Defendants Jacquez, Zucco, Potter and Klotz, and dismissed the claims against Defendants Graves and Tupy.

Plaintiff has filed a "petition" for leave to file a motion for reconsideration of the dismissal of claims against Defendant Graves. He states that the Court was not aware of the attachments to the complaint in which the claim against Graves was articulated. Plaintiff does not identify which pages of the over fifty pages of attachments he believes the claim against Graves can be found. In any event, the Court was aware of the attachments and reviewed them, and, for the reasons described in the Order of Service, the Court found the allegations against Graves insufficient. As Plaintiff has articulated no basis for reconsideration, his "petition" for leave to file such a motion (docket number

1  18) is DENIED.

2      Plaintiff's motion for the Clerk to file his proof of service (docket number 19) is
3  GRANTED. Plaintiff has also written a letter requesting notice of deposition forms and
4  subpoenas because he "may need to use" them for discovery. There are no such forms,
5  and subpoenas will not be issued unless there is a clear and specific explanation of their
6  purpose and Plaintiff's need for them.

7      IT IS SO ORDERED.

8  DATED: FEB 23 2011

9  
10  JEFFREY S. WHITE
    United States District Judge

2