IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MANZANILLO, | No. C 10-3783 JSW (PR) |
| Plaintiff, | **ORDER ON PENDING MOTIONS; INSTRUCTIONS TO CLERK** |
| v. | |
| FRANCISCO JACQUEZ, R. GRAVES, R. TUPY, J. ZUCCO, MARK POTTER, ROLF KLOTZ, | **(Docket Nos. 28, 30, 35-38)** |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, filed this rights action pursuant to 42 U.S.C. § 1983 against officials of Pelican Bay State Prison, where Plaintiff is incarcerated. The complaint has been ordered served upon Defendants, discovery has been allowed, and dispositive motions have been scheduled. Plaintiff has now filed a motion to file a "supplemental complaint" to add new claims. Plaintiff's motion (docket number 48) is DENIED to avoid the confusion and inefficiency of piecemeal complaints in which Plaintiff's claims are asserted in multiple documents.

Instead, if Plaintiff wishes to add new claims or new defendants, or if he wishes to amend his existing claims or the form of relief he seeks, he may seek to do so by filing, ***within thirty (30) days from the date of this order***, a motion for leave to file an amended complaint, with the proposed amended complaint attached. Plaintiff is cautioned that if he does so, the amended complaint will entirely replace the original complaint, and he

1  may not incorporate any part of the original complaint by reference.  In addition, any
2  new claims Plaintiff wishes to add to this case must be related to the existing claims and
3  comply with the joinder requirements of Rule 20 of the Federal Rules of Civil Procedure.
4       Furthermore, any proposed amended complaint must include the caption and civil
5  case number used in this order and the words "FIRST AMENDED COMPLAINT" on
6  the first page.
7       IT IS SO ORDERED.
8  DATED: May 20, 2011

                           JEFFREY S. WHITE
                           United States District Judge

2

```
 1                         UNITED STATES DISTRICT COURT
 2                                     FOR THE
 3                         NORTHERN DISTRICT OF CALIFORNIA
```

RAYMOND MANZANILLO,

       Plaintiff,

  v.

FRANCISCO JAQUEZ et al,

       Defendant.

                                /

Case Number: CV10-03783 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond J. Manzanillo
PBSP
P.O. Box 7500
J91574
Crescent City, CA 95532

Dated: May 20, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk