IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MANZANILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO JACQUEZ, R. GRAVES,<br>R. TUPY, J. ZUCCO, MARK POTTER,<br>ROLF KLOTZ,<br><br>    Defendants.<br>_____ | No. C 10-3783 JSW (PR)<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT; ON PENDING MOTIONS; DIRECTING DEFENDANTS TO SHOW CAUSE RE. MOTION TO COMPEL**<br><br>(Docket Nos. 54, 56 – 59) |

    Plaintiff, a California prisoner proceeding pro se, filed this rights action pursuant to 42 U.S.C. § 1983 against officials of Pelican Bay State Prison, where Plaintiff is incarcerated. The complaint has been ordered served upon Defendants, discovery has been allowed, and dispositive motions have been scheduled. Plaintiff has filed a motion for leave to file a First Amended Complaint (docket number 57), with a proposed First Amended Complaint attached. Good cause appearing, the motion is GRANTED. *See Janicki Logging Co. v. Mateer*, 42 F.3d 561, 566 (9th Cir. 1994) (Federal Rule of Civil Procedure 15(a) is to be applied liberally in favor of amendments and, in general, leave shall be freely given when justice so requires).

    The First Amended Complaint supercedes the original complaint. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992). Thus, Plaintiff's earlier motion to file a supplement to the original complaint (docket number 54) is DENIED as moot.

Furthermore, in responding to the complaint pursuant to the Order of Service dated January 7, 2011, Defendants shall respond to the First Amended Complaint and disregard the original complaint.

Plaintiff has filed a two motions "regarding the sufficiency of" objections ans answers to his discovery. No such motion is authorized by the Federal Rules of Civil Procedure or the Local Rules. Consequently, these motions (docket numbers 56 and 58) are DENIED. Plaintiff may file a motion to compel after he has complied with the "meet and confer" requirements of Federal Rules of Civil Procedure, which Plaintiff has done (docket number 59) in a separate motion. Defendants are ORDERED TO SHOW CAUSE, within **21 days** of the date this order is filed, why the motion to compel should not be granted.

IT IS SO ORDERED.

DATED: July 15, 2011

_____
JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND MANZANILLO,

    Plaintiff,

v.

FRANCISCO JAQUEZ et al,

    Defendant.

Case Number: CV10-03783 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond J. Manzanillo
PBSP
P.O. Box 7500
J91574
Crescent City, CA 95532

Dated: July 15, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk